UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
:   11cv2598 (DLC) (HPB)
IN RE PUDA COAL SECURITIES INC.,        :
et al. LITIGATION                       :   and all member and
:       related cases
This document relates to: ALL ACTIONS.  :
:   ORDER
---------------------------------------- X

DENISE COTE, District Judge:

On November 17, 2014, a default was entered against defendant Puda Coal, Inc. and referred to a Magistrate Judge for an inquest on damages to occur at the conclusion of proceedings against co-defendants. On April 1, 2015, a default was entered against defendant Ming Zhao. On June 8, 2015, a judgment was entered in favor of defendants Moore Stephens Hong Kong and MSPC Certified Public Accountants and Advisors, P.C. Plaintiffs reported to the Magistrate Judge on August 10, 2015 that a settlement has been reached with Brean Murray, Carret & Co. Defendants C. Mark Tang, Lawrence Wizel, and Macquarie Capital (USA) Inc. filed motions for summary judgment that became fully submitted on September 9, 2015. Defendants Liping Zhu, Qiong Laby Wu, and Jianfei Ni have not yet been served. Accordingly, it is hereby

ORDERED that by **October 16, 2015**, plaintiffs shall show cause why the claims against Zhu, Wu, and Ni should not be dismissed for failure to serve them.

IT IS FURTHER ORDERED that settlement papers between plaintiffs and defendant Brean Murray, Carret & Co. shall be filed with the Court by **October 16, 2015**.

IT IS FURTHER ORDERED that defendant Ming Zhao is referred the Magistrate Judge for an inquest on damages to occur at the conclusion of proceedings against co-defendants.

Dated:   New York, New York
         October 9, 2015

                                  _____
                                          DENISE COTE
                                  United States District Judge

2